FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDGARDO O. GUEVARA,<br><br>    Petitioner,<br><br>    v.<br><br>G. D. LEWIS,<br><br>    Respondent. | Case No. CV 12-00970 JSL (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Court finds the Objections fail to raise any arguments that show the findings and conclusions in the R&R are factually or legally erroneous. Indeed, the Court finds the Objections simply rehash arguments that lack merit for the reasons explained in the R&R. Accordingly, the Objections are overruled and the Court accepts the findings and recommendation of the R&R.

///

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: Sept. 11, 2012

*Spencer Letts*
_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE