FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**SEP 11 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                      DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EDGARDO O. GUEVARA, | Case No. CV 12-00970 JSL (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| G. D. LEWIS, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

*Spencer Letts*

Dated: Sept. 11, 2012

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**SEP 11 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY