FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDGARDO O. GUEVARA,<br><br>         Petitioner,<br><br>    v.<br><br>G. D. LEWIS,<br><br>         Respondent. | Case No. CV 12-00970 JSL (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: Sept. 11, 2012

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY